UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,　　　　　　　　　　　　　Case No. 09-50779-RJK

　　　　　Debtor.　　　　　　　　　　　　　Chapter 7

---

Randall L. Seaver, Trustee,

　　　　　　　　　　　　　　　　　　　　　ADV Pro. No. 09-05043
　　　　　Plaintiff,

vs.

Dennis E. Hecker,

　　　　　Defendant.

---

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
ADVERSARIAL COMPLAINT

---

The undersigned parties, through their respective counsel, hereby stipulate to the Court allowing a two week extension of time for Defendant Dennis E. Hecker to respond to the Complaint of the Trustee, Randall L. Seaver, which was filed and served on September 22, 2009. An Answer to the Complaint would be due no later than November 5, 2009.

　　　　　　　　　　　　　　　　　LEONARD, O'BRIEN,
　　　　　　　　　　　　　　　　　SPENCER, GALE & SAYRE, LTD.

Dated: October 19, 2009

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Matthew R. Burton, #210018
　　　　　　　　　　　　　　　　　100 South Fifth Street, Suite 2500
　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　Telephone: (612) 332-1030
　　　　　　　　　　　　　　　　　Facsimile: (612) 332-2740

　　　　　　　　　　　　　　　　　ATTORNEYS FOR RANDALL L.
　　　　　　　　　　　　　　　　　SEAVER, TRUSTEE

1

**SKOLNICK & SHIFF, P.A.**

Dated: October 19, 2009

  /e/  William R. Skolnick
William R. Skolnick #137182
LuAnn M. Petricka #18505X
527 Marquette Avenue South, #2100
Minneapolis, MN 55402
(612) 677-7600
wskolnick@skolnick-shiff.com
petricka@visi.com

**ATTORNEYS FOR DENNIS E. HECKER**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**In re:**

**DENNIS E. HECKER**  Case No. 09-50779-RJK

**Debtor.**  Chapter 7
_____

**Randall L. Seaver, Trustee,**

ADV   Pro. No. 09-05043

**Plaintiff,**
vs.

**DENNIS E. HECKER,**

**Defendant.**
_____

**ORDER TO EXTEND TIME
TO RESPOND TO ADVERSARIAL COMPLAINT**
_____

Based on the stipulation of the parties and this Court's authority, it is hereby ordered that Defendant shall have until November 5, 2009 in which to interpose an Answer to the Complaint of Randall L. Seaver, Trustee, in the above captioned matter.

Dated: October ___, 2009        _____
                                Robert J. Kressel
                                United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker                                              BKY No. 09-50779 RJK

        Debtor.

Randall L. Seaver, Trustee,

        Plaintiff,

                Adversary No. 09-05043

v.

Dennis Hecker,

        Defendants.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 20, 2009, I caused the following:

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO ADVERSARIAL COMPLAINT; ORDER TO EXTEND TIME TO RESPOND TO ADVERSARIAL COMPLAINT** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following listed below:

| | |
|---|---|
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Clinton E. Cutler | ccutler@fredlaw.com, mdavis@fredlaw.com |
| Randall L. Seaver | rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com |
| Matthew R. Burton | mburton@losgs.com |

Dated: October 20, 2009        **SKOLNICK & SHIFF, P.A.**

        /e/ William R. Skolnick
        William R. Skolnick #137182
        LuAnn M. Petricka #18505X
        2100 Rand Tower
        527 Marquette Avenue South
        Minneapolis, MN 55402
        (612) 677-7600
        wskolnick@skolnick-shiff.com
        **ATTORNEY FOR DENNIS E. HECKER**